UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA G. JONES, | ) | NO. EDCV 11-01136 SS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED with instructions to REMAND to the Commissioner for an award of benefits consistent with the Memorandum and Order filed in connection with this Judgment.

DATED: May 11, 2012.

```
        /S/
_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE
```