1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Barbara G. Jones

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10
   BARBARA G. JONES,                    )  Case No.: EDCV 11-1136 SS
11                                       )
            Plaintiff,                   )  {~~PROPOSED~~} ORDER AWARDING
12                                       )  EQUAL ACCESS TO JUSTICE ACT
        vs.                              )  ATTORNEY FEES AND EXPENSES
13                                       )  PURSUANT TO 28 U.S.C. § 2412(d)
   MICHAEL J. ASTRUE,                    )  AND COSTS PURSUANT TO 28
14 Commissioner of Social Security,      )  U.S.C. § 1920
                                         )
15          Defendant                    )
                                         )
16 _____        )

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

   Access to Justice Act Fees, Costs, and Expenses:
19
         IT IS ORDERED that fees and expenses in the amount of $3,400.00 as
20
   authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by
21
   28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
   DATE:  July 16, 2012
23
                          _____/S/_____
24                        THE HONORABLE SUZANNE H. SEGAL
                          UNITED STATES MAGISTRATE JUDGE
25

26

                                       -1-